IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

FILED
JUN 2 8 2000
Phil Lombardi, Clerk
U.S. DISTRICT COURT

CHERYL ANN McINTYRE )
)
    Plaintiff, )
) Case No.
vs. )
) 00CV0537U(M)
CITY OF TULSA POLICE )
DEPARTMENT, and TULSA POLICE )
OFFICER GREGORY D. EVANS, )
)
    Defendants. )

## CAUSE OF ACTION

Comes now the Plaintiff herein, and for cause of action versus the Defendants, and alleges and states:

1. That the Plaintiff and Defendants are citizens of and residents of the State of Oklahoma, and all acts or omissions occurred in the Northern District of Oklahoma, thus the jurisdiction and venue are proper in the Northern District.

2. That within the limitations period next preceding the filing of this action the Defendant through its agents and representatives subjected Plaintiff to unlawful arrest and detention.

3. That the Defendants have acted under color of State Law, in violation of 42 U.S.C. 1983, depriving the Plaintiff of her liberty, property, freedom to move about in interstate commerce and freedom of association by negligently or deliberately arresting Plaintiff, or otherwise restricting her movements.

4  That the Plaintiff has been damaged as the result of the afore-mentioned acts or omissions, in an amount in excess of $10,000.00.

5.  That the acts or omissions were wilful, wanton and malicious, entitling the Plaintiff to punitive damages in excess of $10,000.00, for which the Plaintiff prays.

## PLAINTIFF'S SECOND CAUSE OF ACTION

COMES NOW the Plaintiff for her Second Cause of Action against the Defendants, and alleges and states:

The Plaintiff re-adopts and re-alleges each and every allegation set out above, and would further show the Court:

6.  That the Defendants' acts or ommisions resulted in unlawful arrest.

7.  That the Defendants' acts or ommisions resulted in unlawful detention.

WHEREFOR the Plaintiff prays for a judgement against the Defendants for actual and punitive damages, costs, attorneys fees, and all other relief to which the Plaintiff may be entitled, at law or in equity.

**JURY TRIAL REQUESTED**

Respectfully submitted,

_____
Jeff Nix, OBA #6688
601 S. Boulder, Ste. 610
Tulsa, Oklahoma 74119
(918) 587-3193
(918) 587-3491 - fax

**ATTORNEY FOR PLAINTIFF**